1026

[No. 21463-6-II.    Division Two.    June 12, 1998.]
SEATTLE PACIFIC REALTY, INC., *Appellant*, v. B. DAYLE
COLLISON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-09878-4, Rosanne Buckner, J., entered
December 20, 1996. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Morgan and Bridgewater,
JJ.

[No. 21674-4-II.    Division Two.    June 12, 1998.]
U.S. OIL & REFINING COMPANY, *Appellant*, v. THE
DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89-2-02923-2, Wm. Thomas McPhee, J.,
entered January 31, 1997. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Seinfeld and Arm-
strong, JJ.

[No. 22059-8-II.    Division Two.    June 12, 1998.]
SHERYL J. ASHMAN, *Appellant*, v. ASSOCIATION HEALTH
SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-08178-4, Vicki L. Hogan, J., entered May
15, 1997. *Affirmed* by unpublished opinion per Bridgewa-
ter, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 22541-7-II.    Division Two.    June 12, 1998.]
PACIFIC TOPSOILS, INC., *Appellant*, v. THE DEPARTMENT OF
ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-2-01041-2, Daniel J. Berschauer, J.,
entered February 20, 1997. *Dismissed* by unpublished
opinion per Bridgewater, A.C.J., concurred in by Seinfeld
and Armstrong, JJ.